AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| TRIDIA CORPORATION <br> *Plaintiff* <br> v. <br> RARITAN AMERICAS, INC. and RARITAN, INC. <br> *Defendant* | Case No. 1:14-CV-03611-SCJ |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants Raritan Americas, Inc. and Raritan, Inc.

Date: 12/23/14

/s/ Randi Engel Schnell
*Attorney's signature*

Randi Engel Schnell, Georgia Bar No. 248592
*Printed name and bar number*

1201 W. Peachtree St., NW, Ste 3900, Atlanta, GA 30309
*Address*

schnell@bmelaw.com
*E-mail address*

404-881-4100
*Telephone number*

404-881-4111
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court by using the CM/ECF system, which will send email notification to the following counsel of record:

> Douglas D. Salyers
> Puja R. Patel
> James E. Schutz
> TROUTMAN SANDERS LLP
> Bank of America Plaza
> 600 Peachtree Street, NE, Suite 5200
> Atlanta, GA 30308-2216
> doug.salyers@troutmansanders.com
> puja.patel@troutmansanders.com
> james.schutz@trougmansanders.com

This 23rd day of December, 2014.

/s/ Randi Engel Schnell
Randi Engel Schnell

1289313.1