# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| TRIDIA CORPORATION <br> *Plaintiff* <br> v. <br> RARITAN AMERICAS, INC. and RARITAN, INC. <br> *Defendant* | ) ) ) ) ) ) ) Case No. 1:14-CV-03611-SCJ |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

**Defendants Raritan Americas, Inc. and Raritan, Inc.**

Date: 12/23/14

/s/ Patrick C. Fagan
*Attorney's signature*

Patrick C. Fagan, Georgia Bar No. 387016
*Printed name and bar number*

1201 W. Peachtree St., NW, Ste 3900, Atlanta, GA 30309
*Address*

fagan@bmelaw.com
*E-mail address*

404-881-4100
*Telephone number*

404-881-4111
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court by using the CM/ECF system, which will send email notification to the following counsel of record:

>Douglas D. Salyers
>Puja R. Patel
>James E. Schutz
>TROUTMAN SANDERS LLP
>Bank of America Plaza
>600 Peachtree Street, NE, Suite 5200
>Atlanta, GA 30308-2216
>doug.salyers@troutmansanders.com
>puja.patel@troutmansanders.com
>james.schutz@trougmansanders.com

This 23rd day of December, 2014.

>/s/ Patrick C. Fagan
>Patrick C. Fagan

1289319.1