IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RARITAN AMERICAS, INC. and RARITAN, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-CV-03611-SCJ |

**STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

On November 7, 2014, Plaintiff Tridia Corporation filed a Complaint for Patent Infringement against Defendants Raritan Americas, Inc. and Raritan, Inc. [Dkt. No. 1.]

To provide Defendants with additional time to respond to Plaintiff's Complaint for Patent Infringement in light of the upcoming holidays, and for good cause shown, Plaintiff and Defendants hereby STIPULATE and AGREE that Defendants shall have to and through January 15, 2014 in which to respond to the Complaint for Patent Infringement.

This stipulation is submitted on December 23, 2014.

1289301.1

2

IT IS SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED by:

| | |
|---|---|
| /s/ Patrick C. Fagan<br>Randi Engel Schnell<br>Georgia Bar No. 248592<br>schnell@bmelaw.com<br>Patrick C. Fagan<br>Georgia Bar No. 387016<br>fagan@bmelaw.com<br>**BONDURANT MIXSON**<br>  **& ELMORE LLP**<br>3900 One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia  30309<br>(404) 881-4100<br><br>Counsel for Defendants Raritan Americas, Inc. and Raritan, Inc. | /s/ Puja R. Patel<br>*(signed by Patrick C. Fagan with permission of Puja R. Patel)*<br>Douglas D. Salyers<br>Georgia Bar No. 623425<br>doug.salyers@troutmansanders.com<br>Puja R. Patel<br>Georgia Bar No. 320796<br>puja.patel@troutmansanders.com<br>James E. Schutz<br>Georgia Bar No. 630172<br>james.schutz@troutmansanders.com<br>**TROUTMAN SANDERS LLP**<br>Bank of America Plaza<br>600 Peachtree Street NE, Suite 5200<br>Atlanta, Georgia  30308-2216<br>(404) 885-3208<br><br>Counsel for Plaintiff Tridia Corporation |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT** was electronically filed with the Clerk of Court by using the CM/ECF system, which will send email notification to the following counsel of record:

>Douglas D. Salyers
>Puja R. Patel
>James E. Schutz
>TROUTMAN SANDERS LLP
>Bank of America Plaza
>600 Peachtree Street, NE, Suite 5200
>Atlanta, GA 30308-2216
>doug.salyers@troutmansanders.com
>puja.patel@troutmansanders.com
>james.schutz@trougmansanders.com

This 23rd day of December, 2014.

>/s/ Patrick C. Fagan
>Patrick C. Fagan