IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RARITAN AMERICAS, INC. and RARITAN, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-CV-03611-SCJ |

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendants Raritan Americas, Inc. ("Raritan Americas") and Raritan, Inc. ("Raritan") submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a)   Plaintiff Tridia Corporation, [Dkt. No. 2],

    (b)   Defendant Raritan Americas, and

1289610.1

   (c) Defendant Raritan.

 (2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   (a) Per Plaintiff:

- Vincent Frese II, [Dkt. No. 2],
- John P. Jarrett, [Dkt. No. 2].

   (b) Per Defendants:

- None.

 (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   (a) Plaintiff Tridia Corporation:

- Douglas D. Salyers, [Dkt. No. 1],
- Puja R. Patel, [Dkt. No. 6],
- James E. Schutz, [Dkt. No. 7],
- Troutman Sanders LLP [Dkt. No. 1].

   (b) Defendants Raritan Americas and Raritan:

- Vincent McGeary (*pro hac vice* forthcoming),
- Michael Cukor (*pro hac vice* forthcoming),
- McGeary Cukor LLC,
- Randi Engel Schnell,

1289610.1

- Patrick C. Fagan,
- Bondurant Mixson & Elmore LLP.

This 23rd day of December, 2014.

Respectfully submitted,

/s/ Patrick C. Fagan
Randi Engel Schnell
Georgia Bar No. 248592
schnell@bmelaw.com
Patrick C. Fagan
Georgia Bar No. 387016
fagan@bmelaw.com
**BONDURANT MIXSON
 & ELMORE LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
(404) 881-4100

Counsel for Defendants Raritan
Americas, Inc. and Raritan, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court by using the CM/ECF system, which will send email notification to the following counsel of record:

> Douglas D. Salyers
> Puja R. Patel
> James E. Schutz
> TROUTMAN SANDERS LLP
> Bank of America Plaza
> 600 Peachtree Street, NE, Suite 5200
> Atlanta, GA 30308-2216
> doug.salyers@troutmansanders.com
> puja.patel@troutmansanders.com
> james.schutz@trougmansanders.com

This 23rd day of December, 2014.

/s/ Patrick C. Fagan
Patrick C. Fagan