IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TRIDIA CORPORATION,** | : |
| | : |
| **Plaintiff,** | : CIVIL ACTION NO. |
| | : 1-14-CV-3611-SCJ |
| | : |
| **v.** | : |
| | : |
| **RARITAN AMERICAS, INC. and RARITAN, INC.,** | : |
| | : |
| **Defendant.** | : |

### ORDER

Having read and considered the parties' stipulation, construed by the Court as a motion to extend the time to respond to Plaintiff's Complaint (Doc. No. [11],[1] the Court hereby **GRANTS** said request. Defendants shall have through and including **January 15, 2015** in which to respond to the Complaint for Patent Infringement.

**IT IS SO ORDERED,** this 2nd day of January, 2015.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The parties are put on notice that any future requests for deadline extensions or other relief must be made by properly filed motion, not by stipulation.

AO 72A
(Rev.8/82)