IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RARITAN AMERICAS, INC. and<br>RARITAN, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:14-CV-03611-SCJ |

**JOINT MOTION TO EXTEND THE TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR PATENT
INFRINGEMENT AND INCORPORATED MEMORANDUM OF LAW**

The Parties to this action have agreed to extend the date by which

Defendants must respond to Plaintiff's Complaint for Patent Infringement until

February 4, 2015, and hereby jointly move the Court to extend the response date

accordingly.  In support of this motion, the Parties show that they have come to a

settlement agreement in principle and request this additional time to document the

settlement agreement.

1292055.1

Respectfully submitted, this 8th day of January, 2015.


/s/ Patrick C. Fagan
Randi Engel Schnell
Georgia Bar No. 248592
schnell@bmelaw.com
Patrick C. Fagan
Georgia Bar No. 387016
fagan@bmelaw.com
**BONDURANT MIXSON
  & ELMORE LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
(404) 881-4100

Counsel for Defendants Raritan Americas,
Inc. and Raritan, Inc.

/s/ Puja R. Patel
*(signed by Patrick C. Fagan with
permission)*
Douglas D. Salyers
Georgia Bar No. 623425
doug.salyers@troutmansanders.com
Puja R. Patel
Georgia Bar No. 320796
puja.patel@troutmansanders.com
James E. Schutz
Georgia Bar No. 630172
james.schutz@troutmansanders.com
**TROUTMAN SANDERS LLP**
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia  30308-2216
(404) 885-3208

Counsel for Plaintiff Tridia
Corporation

1292055.1

3

## **RULE 7.1D CERTICATE OF FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the

Northern District of Georgia, I certify that the foregoing submission was prepared

using 14 point Times New Roman font.

/s/ Patrick C. Fagan
Patrick C. Fagan

1292055.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

**JOINT MOTION TO EXTEND THE TIME TO RESPOND TO**

**PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT AND**

**INCORPORATED MEMORANDUM OF LAW** was electronically filed with

the Clerk of Court by using the CM/ECF system, which will send email

notification to the following counsel of record:

> Douglas D. Salyers
> Puja R. Patel
> James E. Schutz
> TROUTMAN SANDERS LLP
> Bank of America Plaza
> 600 Peachtree Street, NE, Suite 5200
> Atlanta, GA 30308-2216
> doug.salyers@troutmansanders.com
> puja.patel@troutmansanders.com
> james.schutz@trougmansanders.com

This 8th day of January, 2015.

> /s/ Patrick C. Fagan
> Patrick C. Fagan

1292055.1

4