IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RARITAN AMERICAS, INC. and RARITAN, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-CV-03611-SCJ |

## [PROPOSED] ORDER

Having read and considered the Parties' JOINT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT AND INCORPORATED MEMORANDUM OF LAW, the Court hereby **GRANTS** said request. Defendants shall have through and including **February 4, 2015** in which to respond to the Complaint for Patent Infringement.

IT IS SO ORDERED this _____ day of _____, 2015.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1292055.1