# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RARITAN AMERICAS, INC. AND RARITAN, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-cv-03611-SCJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Tridia Corporation ("Tridia") and Raritan Americas, Inc. and Raritan, Inc., (collectively, "Raritan") have resolved all matters between them in the controversy complained of in Civil Action Nos. 1:14-CV-03611;

WHEREAS, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of the aforementioned action WITH PREJUDICE, with each party bearing their own fees and expenses.

This 3rd day of February, 2015.

| Filed by: | Consented to by: |
|---|---|
| s/ Douglas D. Salyers | s/ Randi Engel Schnell |
| Douglas D. Salyers | Randi Engel Schnell |
| Georgia Bar No. 623425 | Georgia Bar No. 248592 |
| Troutman Sanders LLP | BONDURANT MIXSON |
| 600 Peachtree Street, N.E., Suite 5200 | & ELMORE LLP |
| Atlanta, Georgia 30308 | 3900 One Atlantic Center |
| douglas.salyers@troutmansanders.com | 1201 W. Peachtree Street |
| Telephone: (404) 885-3000 | Atlanta, Georgia 30309 |
| Facsimile: (404) 885-3900 | (404) 881-4100 |
|  | schnell@bmelaw.com |
| ***Attorneys for Plaintiff Tridia Corporation*** | ***Attorneys for Defendants Raritan, Inc. and Raritan Americas, Inc.*** |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2015, the foregoing was filed using the Court's CM/ECF system, which will send notice to all counsel of record.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*